**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

MARK TYRONE JOHNSON, #02313172  §

VS.                                            §                    CIVIL ACTION NO. 6:20cv081

DIRECTOR, TDCJ-CID                  §

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Mark Tyrone Johnson, a former prisoner confined within the Texas
Department of Criminal Justice (TDCJ), proceeding *pro se*, filed this habeas action.
The case was referred to United States Magistrate Judge K. Nicole Mitchell for
findings of fact, conclusions of law, and recommendations for the disposition of the
case.

On February 3, 2023, Judge Mitchell issued a Report recommending
that Petitioner's habeas proceeding be dismissed without prejudice for Petitioner's
failure to prosecute his own case. Docket No. 19. A copy of this Report was sent to
Petitioner at his last-known address. To date, however, Petitioner neither
filed objections nor communicated with the Court.

The Court reviews the findings and conclusions of the Magistrate Judge de
novo only if a party objects within fourteen days of the Report and Recommendation.
28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire
record and makes an independent assessment under the law. *Douglass v. United
Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other*

*grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten days to fourteen days).

Here, Petitioner has not filed objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 19) as the findings of this Court. Therefore, it is

**ORDERED** that Petitioner's habeas petition is **DISMISSED**, without prejudice, for the failure to prosecute. Petitioner is further **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **6th**   day of **March, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE